# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 16, 2023

Lyle W. Cayce
Clerk

No. 22-50908

_____

Rafael Marfil; Verge Productions, L.L.C.;
Enrico Marfil; Naomi Marfil; Korey A. Rholack;
Daniel Olveda; Douglas Wayne Mathes,

*Plaintiffs—Appellants*,

*versus*

City of New Braunfels, Texas,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:20-CV-248

_____

Before Jones, Clement, and Haynes, *Circuit Judges*.[1]

Edith H. Jones, *Circuit Judge*:

Plaintiffs here appeal the Rule 12(b)(6) dismissal of their complaint alleging that the City of New Braunfels's zoning regulation banning short-term rentals of residential properties in certain areas of the city is unconstitutional. The district court ordered dismissal by approving a few

_____

[1] Judge Haynes dissents. She would affirm for the reasons stated by the district court.

No. 22-50908

conclusory paragraphs in a magistrate judge's recommendation. This court's relevant case law, however, indicates that some factual development may often occur in these cases, and that summary judgment may often follow. *See, e.g.*, *Mahone v. Addicks Util. Dist.*, 836 F.2d 921, 935–37 (5th Cir. 1988). We make no prediction on the future course of this case, but based on the complaint's well-pled allegations, plaintiffs are entitled to engage in discovery in an attempt to surmount the currently high bar for challenging local zoning ordinances under the Constitution.

VACATED and REMANDED.